*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   June 25, 2015                    520077
_____

In the Matter of DEWEESE JONES,
                    Petitioner,

        v
                                          MEMORANDUM AND JUDGMENT
ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Program, et al.,
                    Respondents.
_____

Calendar Date:   May 5, 2015

Before:   Lahtinen, J.P., McCarthy, Devine and Clark, JJ.

_____

        Deweese Jones, Napanoch, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondents.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

        Determination confirmed.   No opinion.

        Lahtinen, J.P., McCarthy, Devine and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court